**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

GABRIEL PEREZ

    VS                                              CASE NO.  3:14cv682/MCR/EMT

THOMAS E. PEREZ, et al.

**REFERRAL AND ORDER**

Referred to Chief Judge Rodgers on    August 31, 2015
Motion/Pleadings:    PLAINTIFF'S UNOPPOSED MOTION TO CLARIFY PERMANENT INJUNCTION
Filed by  Plaintiff        on      8/28/15    Doc.#      58
RESPONSES:

                        on             Doc.#
                        on             Doc.#

      Stipulated         Joint Pldg.
  X  Unopposed        Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

_s/ Kathy Rock_

LC (1 OR 2)                        Deputy Clerk: Kathy Rock

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 4th day of September, 2015, that:*

*The relief requested is GRANTED.  The Court clarifies that the permanent injunction was not intended to, and does not, apply retroactively.*

_s/ M. Casey Rodgers_
*M. CASEY RODGERS*
*Chief United States District Judge*